Vedder Price (CA), LLP
Germain D. Labat, Bar No. 203907
glabat@vedderprice.com
Allison W. Meredith, Bar No. 281962
ameredith@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 (424) 204 7700
F: +1 (424) 204 7702

Murphy & King
Theodore J. Folkman (Pro Hac Vice Application Pending)
TFolkman@murphyking.com
Peter C. Obersheimer (Pro Hac Vice Application Pending)
PObersheimer@murphyking.com
One Beacon Street, 21st Floor
Boston, MA 02108
T: +1 (617) 423-0400
F: +1 (617) 423-0498

Attorneys for Applicants
PHILIP MORRIS PRODUCTS S.A. and NICOCIGS LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re APPLICATION OF PHILIP MORRIS PRODUCTS S.A. and NICOCIGS LIMITED FOR ISSUANCE OF SUBPOENAS TO FONTEM HOLDINGS 1 B.V., FONTEM VENTURES B.V., NJOY, INC., and SPARK INDUSTRIES, LLC. | Case No. 2:16-MC-00005 **EX PARTE APPLICATION OF PHILIP MORRIS PRODUCTS S.A. AND NICOCIGS LIMITED FOR ISSUANCE OF SUBPOENAS TO FONTEM HOLDINGS 1 B.V., FONTEM VENTURES B.V., NJOY, INC., AND SPARK INDUSTRIES, LLC; EXHIBITS 1-5** [28 U.S.C. § 1782] |

VEDDER PRICE (CA) LLP
ATTORNEYS AT LAW
LOS ANGELES

EX PARTE APPLICATION OF PHILIP MORRIS PRODUCTS S.A. AND NICOCIGS LIMITED FOR ISSUANCE OF SUBPOENAS

[Supporting Memorandum; Declaration of Alexander John Diebler Wilson; Declaration of Germain D. Labat; Civil Cover sheet; Notice of Related Parties; and Corporate Disclosure Statement filed concurrently herewith]

This is an *ex parte* application for an order under 28 U.S.C. § 1782(a) granting the applicants, Philip Morris Products S.A. ("PMPSA") and Nicocigs Limited ("Nicocigs") leave to serve subpoenas on Fontem Holdings 1 B.V., Fontem Ventures B.V., NJoy, Inc. and Spark Industries, LLC to obtain documents for use in two pending foreign proceedings.

The first pending proceeding is an opposition proceeding in the European Patent Office ("the EPO") seeking to invalidate Patent EP 2 022 349 ("EP 349," or "the Patent"), a patent relating to aerosol electronic cigarettes owned by Fontem Holdings. PMPSA is one of the parties seeking to invalidate the Patent in the EPO. The second pending proceeding is *Nicocigs Ltd. v. Fontem Holdings 1 BV and Fontem Ventures BV,* a suit pending in the United Kingdom for revocation of the Patent and for a declaration of non-infringement. PMPSA and Nicocigs (together, the "Applicants") are both affiliates of Philip Morris International, Inc. which sells tobacco and nicotine-containing products in 180 countries around the world. At the highest level of generality, the Applicants' claims in both proceedings are that the supposed invention of the Patent was not novel and was obvious in light of what was generally known in the art at the priority date.

Fontem has brought infringement claims in Germany, the United Kingdom and the United States, including at least ten separate actions in this Court, against defendants involved in the sale of e-cigarette products, including actions against

1  Njoy and Spark, who are American companies engaged in the sale of e-cigarette
2  products in the United States. The Applicants understand that in the U.S.
3  proceedings, Fontem has produced documents potentially relevant to the invalidity
4  issues now being determined in the EPO and the UK Proceedings.

5  　　　As set forth more fully in the accompanying Memorandum, and Declaration
6  of Alexander John Diebler Wilson, the Applicants have satisfied the statutory
7  prerequisites for application of §1782, and the discretionary factors, including the
8  specific factors prescribed by the Supreme Court, favor granting the application.
9  And as set forth more fully in the Declaration of Germain D. Labat, counsel for the
10 Applicants have, pursuant to Local Rule 7-19.1, contacted counsel for the parties
11 from whom discovery is sought and notified them of this *ex parte* application. At
12 this time, none of the parties' counsel have stated that they intended to oppose the
13 *ex parte* application. Accordingly, the Applicants respectfully request that the Court
14 grant this *ex parte* application and authorize issuance of the subpoenas.

15 　　　The Applicants submit a proposed order attached as Exhibit 1, and proposed
16 subpoenas attached as Exhibits 2 through 5, respectively.

17 Dated:      January 21, 2016              VEDDER PRICE (CA), LLP

19                                          By: /s/ Germain D. Labat
20                                              Germain D. Labat
21                                              Allison W. Meredith
                                                Theodore J. Folkman (Pro Hac Vice
22                                              Application Pending)
23                                              Peter C. Obersheimer (Pro Hac Vice
                                                Application Pending)
24                                              PObersheimer@murphyking.com

25                                          Attorneys for Applicants
26                                          PHILIP MORRIS PRODUCTS S.A. and
                                            NICOCIGS LIMITED
27
28

VEDDER PRICE (CA) LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

EX PARTE APPLICATION OF PHILIP
MORRIS PRODUCTS S.A. AND NICOCIGS
LIMITED FOR ISSUANCE OF SUBPOENAS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Vedder Price (CA) LLP
Attorneys at Law
Los Angeles

- 4 -

EX PARTE APPLICATION OF PHILIP
MORRIS PRODUCTS S.A. AND NICOCIGS
LIMITED FOR ISSUANCE OF SUBPOENAS